COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of K.M.F. and B.E.F. v. Department of Family and
Protective Services

Appellate case number:   01-16-00868-CV

Trial court case number: 2015-04873J

Trial court:             314th District Court of Harris County

Appellant has filed an unopposed motion for extension of time to file her brief.  We grant the motion and extend the time to file appellant's brief until December 19, 2016.  No further extensions will be granted.

Appellee's brief is due on January 13, 2017.  No extensions will be granted.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                   ☒  Acting individually


Date:  December 1, 2016